O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ILICH ERNESTO VARGAS ROMERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN McMAHON, San Bernardino County Sheriff,<br><br>　　　　　Respondent. | Case No.  EDCV-16-01931-R (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1     IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: February 21, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE