JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILICH ERNESTO VARGAS ROMERO,<br><br>                    Petitioner,<br><br>        v.<br><br>JOHN McMAHON, San Bernardino County Sheriff,<br><br>                    Respondent. | Case No.  EDCV-16-01931-R (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 21, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE